**No. 41142.**—Protest 949829–G of Herzig & Hart (New York).

Opinion by Evans, J.   On the record presented the protest was overruled.

**No. 41143.**—Protest 700600–G of Ross & Rowe, Inc. (New York).

Opinion by Evans, J.   On the record presented the protest was overruled.

**No. 41144.**—Protest 977710–G of Ford Motor Co. (New York).

Opinion by Evans, J.   On the record presented the protest was overruled.

**No. 41145.**—Protests 877932–G, etc., of S. S. Kresge Co. et al. (Baltimore, etc.).

Opinion by Evans, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 41146.**—Protests 967036–G, etc., of Austin Nichols & Co., Inc., et al. (New York).

Opinion by Evans, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 41147.**—Protests 298714–G, etc., of J. T. Steeb & Co., Inc., et al. (Seattle).

Opinion by Keefe, J.   Following *Wilbur Ellis* v. *United States* (C. D. 153) the fish meal in question was held entitled to free entry under paragraph 1583 as claimed, and fish cake was held properly classified as waste at 10 percent under paragraph 1457.

**No. 41148.**—Protest 938982–G of Ernst Metzger (Pittsburgh).

Opinion by Keefe, J.   From the evidence it was held that the plaintiff established that the household furnishings are such articles as are entitled to free entry under paragraph 1632 with the exception of articles bearing the manufacturers' tags or signet stickers and the lift van, which were properly assessed for duty. The protest was sustained in part.

**No. 41149.**—Protest 798059–G of Miss America Dance Frocks, Inc. (New York).

Opinion by Keefe, J.   From the evidence it was held that the ensemble in question is identical with the merchandise imported and that it was used in accordance with the provisions of section 308.   The protest was therefore sustained. *Bonwit Teller* v. *United States* (T. D. 49322) cited.